```
                                              ___ FILED      ___ LODGED
                                              ___ RECEIVED   ___ COPY

                                                  APR 0 5 2024
Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination
                                              CLERK U S DISTRICT COURT
                                              DISTRICT OF ARIZONA
                                              BY_____      DEPUTY
```

# UNITED STATES DISTRICT COURT

for the

_____ District of A R I Z O N A

_____ Division

|  |  |
|---|---|
| JOSEPHINE  N GARUIYA | ) Case No.   CV-24-773-PHX-ESW |
|  | ) |
| _Plaintiff(s)_ | ) _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) Jury Trial: _(check one)_  ☑ Yes  ☐ No |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
|  | ) |
|  | ) |
|  | ) |
| WELLS FARGO  BANK | ) |
|  | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued.  If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ |  |
| _with the full list of names.)_ |  |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | JOSEPHINE  N GARUIYA |
| Street Address | 1143  W 2nd STREET. |
| City and County | MESA,  MARICOPA |
| State and Zip Code | AZ,  85201. |
| Telephone Number | 424.410.0684 ; 623.275.0037 |
| E-mail Address | PhoenixNJo @ protonmail. com |
|  | (Email is case sensitive. Capital letters P, N, & J) |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name   WELLSFARGO BANK

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name   PHOENIX POLICE DEPT.

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name   ARIZONA DEPT. OF HOUSING

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name   VALLEYWISE HOSPITALS.

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | WELLSFARGO BANK |
| Street Address | 64 E BROADWAY |
| City and County | TEMPE, MARICOPA. |
| State and Zip Code | Phoenix, AZ, 85282 |
| Telephone Number | 1 800 956 4442 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

18 U.S.C §1958 (MURDER FOR HIRE)

☑ Relevant state law *(specify, if known)*:

AZ Revised Statutes Title 23 Labor §23-1501

☑ Relevant city or county law *(specify, if known)*: STATE LAW

Statue §13-2809 - (Evidence Tampering)

☑ State Law: §13-2921. (Harassment)

☑ State Law: ARS §13-2602 (Bribery of a Public Servant)

☑ State Law: ARS §13-2310 (White-collar Crime).

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*:    Murder For Hire, Harassment

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Sept 2014, 2016 through 2020

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race    _____

☑    color    _____

☑    gender/sex    _____

☐    religion    _____

☑    national origin    _____

☐    age *(year of birth)*    _____    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

See Attachment

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

August 1st 2018

B.      The Equal Employment Opportunity Commission *(check one)*:

☐       has not issued a Notice of Right to Sue letter.

☑       issued a Notice of Right to Sue letter, which I received on *(date)*   Jan 8th 2024

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐       60 days or more have elapsed.

☐       less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   April 4th 2024

Signature of Plaintiff

Printed Name of Plaintiff   Josephine Ngaruiya.

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____

**April 4th 2024**

## LIST OF DEFENDANTS CONTIUED ...

## (I) GOVERNMENT AGENCIES, CORPORATIONS AND AGENCIES

5. Travis L Williams Family Services Center,

4732 S Central Avenue,

Phoenix, AZ

6. Urgent Psychiatry Center (UPC), Connections Health Solutions,

1201 S 7th Avenue, Phoenix, AZ

7. McCarthy Holthus Legal Services

8502 East Via De Ventura Unit 140

Scottsdale, AZ 85258

8. E.E.O.C (Equal Employment Opportunity Commission)

3300 N Central Ave, #690

Phoenix, AZ 85012

9. A.D.T SECURITY

10. VERIZON WIRELESS

11. TRACFONE

12. NEXTCARE URGENT CARE

5920 W McDowell

Phoenix, AZ

13. LEGACY COMMUNITY PARTNERS

459 N GILBERT RD a 220

Gilbert, AZ 85234

14. S.S.A (SOCIAL SEURITY ADMINISTRATION)

250 N 7th Ave #100

Phoenix, AZ

15. SPECTRUM HEALTHCARE

11024 N 28th Drive, Phoenix, AZ

16. D.E.H.P INTERGRATIVE CARE

3800 N Central Ave,

Phoenix, AZ

17. LIBERTY MUTUAL DISABILITY

(Through WELLSFARGO Short Term Disability)

18. YAHOO MAIL

19. APPLE (iphone, iCloud)

20. TWITTER

21. MICROSOFT

22.RING DOORBELL

23. GOOGLE (gmail)

24. LINKED IN

25. COX COMMUNICATION (Wifi)

26. USPS (United States Postal Services)

27. U.P.S

28. FEDEX

29. AMAZON

29. UBER

30. LYFT

31. WHATSAPP

32. Community Legal Services  (C.L.S)

305 S 2nd Ave

Phoenix. AZ

## (II) INDIVIDUAL DEFEDANTS:

### WELLSFARGO:

1. TAJU PAYNE – MANAGER

2. 2. JOHN WILLIAMS – Former A.V.P

3. CINDY FISHER (Beard) - V.P

4. BRIAN WESTENFIELD - Manager

5. KRYSTAL POLK (BELL) - Former Friend/ Co-worker

6. Susan Chegia – HR

7. Tanya Henderson – Senior HR Manager

**** Reserving the right to amend this list as E.E.O.C has Intentionally DELETED some of

the pertinent evidence that I provided to them supporting my claims before the deadline

they stated; for no other purpose than to impede this investigation and my efforts to seek

and obtain justice.)

### PHOENIX POLICE

1. Jessica Kritenman

2. Pierre Rosenthal

3. Lamont

4. Sgt. Mills

5. Marc Valenzuela

6. Henry Smith

7. Jeff Pierce (Lieutenant)

## **VALLEYWISE**

1. Dr. Chad Van Pelt

2. Dr. Kevin

3. Dr. Michelle v. Sipe

4. Dr. Nandini Gupta

5. Dr. Jonathan Sartiac

6. Dr. Prekumar

7. Victor Retana (Public Defender)

8. His Supervisor

9. Shipman (Appeals Attorney)

10. Shipmans Suprvisor

11. Meghan Estrem (Social Worker)

12. Allison Hollis (Social Worker)

13. Mark (Nurse)

14. Luis

## E.E.O.C INVESTIGATORS

1. Chavez Gadson

2. 2nd Investigator after Gadson

3. Patricia Miner (Supervisor)

4. Veronica Pacheco

5. Anick Flores (Supervisor)

## CONNECTIONS/UPC

1. Michael Moore (Psychiatrist)

2. Anna Crouch (Case Manager)

## D.E.H.P

1. Jeffrey Gishkin (Suervisor of Therapists)

   **2.** Justin (Case Manager)

   **3.** Treylenna (Therapist)

   **4.** Mercy Therapist)

When my house was Fraudulently stolen from me on July 19th 2022, while I was
fraudulently imprisoned at Valleywise Mental hospital, they also took EVERYTHING in my
house including ALL computers, Laptops, Cellphones. Tablets and other electronics that
contained evidence I had gathered for this case. Which was the main reason why they
orchestrated and executed the illegal foreclosure of my home with the help of AZ Dept of
housing and Attorneys McCarthy Holthus.

Going through my list of evidence provided to the EEOC, It is obvious that they have
Intentionally DELETED and damaged some of the pertinent evidence that I provided to
them supporting my claims before the deadline they stated (April 7th 2024); making it
impossible to upload the documents and call recordings for no other purpose than to
impede this investigation and my efforts to seek and obtain justice.)

For these stated reasons, I am Reserving the right to amend this list of defendants.

The defendants' whose names do not include a last name; I will provide that information
and other missing information during the discovery process.

Apil 5th 2024

## FACTS OF MY CASE:

On February 2013, I was hired by the defendant Wells Fargo as a Consumer Loan Underwriter. Despite being one of their Top Producers, On September 2014, I was laid off from my job.

I realized there were underwriters who got to keep their job that were poor performers, some to the point of having their lending authority suspended due to numerous underwriting errors; so, I made an inquiry to Human Resources as to the criteria used to select the candidates who were laid off and I was advised by Human Resources that candidates were selected randomly.

I reapplied for work with Wells Fargo and I was hired back in January 2015 as a Mortgage Underwriter.

In July 2015, our offices were moved to a different building, and it was then that I first met Taju Payne. Both our teams reported to the same manager hence sitting was in the same common area.

The sexual harassment was instant, and it was obvious. As I am working, I would look up just to find Mr. Payne standing up at his desk staring at me, and I would ignore him, but it quickly and progressively got worse as time went on. He never said anything to me, he would just stare at me in a manner than made me very uncomfortable, it creeped me out. I had common courtesies with him, like I did with everyone else and I just stayed professional and tried to ignore the situation the best I could.

A few weeks after we moved into this new office, my manager Greg was promoted to a new department, and I was place under Mr. Payne's team. I remember distinctively bawling my

eyes out to his manager (Dawn) when she told me I was going to Mr. Payne's team and I remember asking her If I could go to a different managers team without insinuating there is a problem, stating that I have more of a comradery with this other manager's team members.

I remember Dawn saying to me that she doesn't want to lose me as a team member because I have strong numbers and a good work ethic, and this other manager doesn't report under her. Mr. Payne is the only manager she currently has, and she would like to keep me. Dawn was the one that hired me back in so I felt like I owed it to her to stay.

I was now reporting directly under the man that is fixated on me in a very sick way. I am afraid to say anything to Human Resources or any other managers because I am new there, new back to the company, and at this point, I just want to keep my job util II can post to a different department because I truly loved my job and I was not going to let this one person ruin it for me and also because I learned through my past experiences working for corporate America, the instant the victim speaks out about any sort of harassment, they are viewed as the problem; especially if the perpetrator is on management level.

I am now on Mr. Payne's team, the harassment quickly and progressively got worse as time went on. He would leer at me, stare, make excuses to come walking up and down my desk, constantly coming to have conversations with people sitting around me just so he can stare at me the whole time while he pretends to speak to them. I just ignored him.

I would catch him standing at different areas of the room just staring at me, it got to a point where anytime I got up out of my desk to go to the breakroom, he would be walking right behind me. If I went to the restroom, he just happens to be standing right outside the door when I come out, his harassing behavior got so bad that I ended up taking a leave of absence in November 2015 and returned back to work on January 2016.

On April 20th 2016, we were laid off again, but this time, it was the entire department in our office. June 2016, I apply for a 90-day contract position with Wellsfargo at a different department. I was hired, I loved what I did, most people that were laid off were back in this position except for Mr. Payne and that was such a relief. The same month, Wellsfargo cancels the layoff and sends overnight letters asking for people to return to work. Most people had secured other jobs so just a few returned. I realized that I have been placed

back under Mr. Paynes team upon completion of this 60-day contract which will be end of August.

When Mr. Payne returns back to work, the underwriting team was on the 1st floor and our contract team was on the 3rd floor. He is now constantly coming up to the 3rd floor to pick up where he left off at. Hovering around my desk, staring at me, leering at me, a few weeks later, I was advised by the contract manager that I am being send back to Mr. Payne's team effective immediately; 3 weeks shy of this contract assignment ending. When I asked tis manager Michael Changet why I'm being pulled before the contract timeframe is up, he looked down, put his palm on his head and said "just go back". I knew right there and then that Mr. Payne had everything to do with that.

Mr. Payne mad a point to announce that there will be assigned seating, which has never been the case and he had carefully placed me at a desk on his row where he conveniently watch me from his desk without having to go out of his way without having to go out of his way ad form meaningless conversations with people around me just to be around me for the sole purpose of staring at me.

I completely and utterly ignored him; I knew my job so well that I didn't need to ask him anything. I was also a consistent top producer, so I knew I didn't need him for anything.

Once Mr. Payne realizes that his actions are no longer affecting me, he starts to retaliate against me by using his position as a manager to do so.

Anytime you get a finding that you don't agree with, only your manager can dispute that, and he saw that as his opportunity.

October 2016, I get a finding that I don't agree with. I send him an email disputing the finding with my reasoning. He refuses to dispute the finding. I escalated it to his manager John Williams. Mr. Williams sits on that file for 3 weeks with no response. Anytime I ask him about it, he claims to be working on it. Mr. Williams has to have a decision by the end of the month, so he waits until the last day of October and without giving me a response, he

accepts the finding and finalizes it on my behalf, something he is not allowed to do unless I am not at work. I come I to work that morning, I see what they did, I escalate the file to Mr. Williams supervisor. He immediately summons a meeting with Mr. Payne and Mr. Williams and the finding is overtured immediately.

Now I had a new enemy and Mr. Payne had a new-powerful alliance – John Williams; the Assistant Vice President.

I then emailed him and asked him to be removed from Mr. Payne's team. I stated Mr. Payne is not working towards my best interest and I would like to be removed from his team. I was to be moved out of Mr. Payne's team in December 2016 if I had no more findings.

Mr. Payne tried to accept another bogus finding, but this one did not get any further, the manager of the representative that issued the finding disagreed with his representative and the file was send back as an acceptable. Mr. Payne knew that if I get another finding. I will be stuck on his team and that was his intention n this specific file.

Findings cost you your lending authority, your bonuses and can even cost you your job that was why I was not going to let Mr. Payne use his job title to retaliate against me.

I have now been removed from his team, Mr. Payne's schedule was 8am to 5pm, my schedule was 6am to 2:30pm. This one November morning, I pull up to work at around 5:40 am. It is dark outside, but the streetlights are on. I walk out of my vehicle heading towards the main door, and I hear rushing footsteps behind me, I turn around and I see Mr. Payne. When he saw me tur around, he stopped abruptly, dropped his dead down and covered his head with his forearm. I thought that was very strange. I continued walking, I yet again hear these rushing footsteps behind me, I turned around again, and he yet again ducked his head and covered his face with his forearm. It might have been dark, but I can clearly see its Mr. Payne. Th 2nd time he did that, I panicked and there was a gentleman walking towards me from the other side heading towards the same main entrance, I yelled at him to wait for me and as I rushed towards him, I turned around and I can see Mr. Payne run and hide behind some parked vehicles.

This gentleman had stopped and waited on me; we walked in the building together. I never reported this incident to Human Resources because I felt like nobody would believe me.

The same week, I am in the breakroom, putting my lunch in the refrigerator's bottom shelf. He had followed me to the breakroom unbeknownst to me, as I bend over to put the food in the refrigerator, I could feel him very close behind me. I turned around and he was making lewd sexual gestures directed at my behind while I was bend over in the refrigerator. I got up, looked at him in disgust and walked away. There was nobody in the breakroom in that moment. He made sure of that.

By this time, John Williams has joined Mr. Payne in retaliating against me. March of 2017, the annual raises are due, an announcement was made that due to the layoff in the previous year that interfered with the work year, everyone will receive a 1% raise instead of the normal range of 1%-5% based on your production.

Everyone else got a 1% raise except for me, I got a 0.77% raise. I never said anything about it. I figured I can make up the difference with my bonuses, but I knew what that was.

Shortly after that, my vehicle was keyed in the parking lot. I left for lunch at 12pm, came back 30 minutes later, left work at 2:30pm and as I approach my vehicle, there is a very shinny silver keying on the back from one end to another, it's a black vehicle, I would have noticed that at noon as I approached my vehicle, so I had a specific time when this vandalism occurred, between 12:30pm and 2:30pm. There are cameras in the parking lot, the next day I reported the incidence to Wells Fargo security, they asked me to make the report with my manager Mr. Changet who reports to Mr. Williams. I had an appointment with Wells Fargo's security agent and as soon as I started speaking to her, she is accusing me of lying and said my vehicle was keyed somewhere else outside the parking lot. I asked her if she checked the surveillance, and she told me that after speaking to my managers, there will be no need for any further investigation and that was that.

That was followed by a group of women that worked in a different department but located on our same floor walking up and down my aisle in groups of 7 to 8 women and as soon as they got to my desk, they" mean-mug" me. I didn't know them, so I ignored them. I didn't sit in a common walkway, they went out of their way, to specifically come down my aisle to do that. I knew Mr. Payne had everything to do with it. So, I ignored them. These 3 managers all sat behind the team members, Payne, Willliams and Changet; the cubicle walls were very short, they came up to your shoulders even while sitting down, so they saw all this happening and never said a word. Mr. Williams specifically couldn't contain his excitement anytime this group of women came down my aisle to "Mean-Mug" me.

Some time later this year, we had a potluck, one of the employees asked what we should do with the leftovers, Mr., Williams said "Let Josephine take them home, she's the one that's from Africa".

In November of 2017, I called Human Resources and filed a formal claim of harassment, retaliation and discrimination o Mr. Williams and Mr. Payne.

From that 1st complaint, I decided to record any and all phone calls between Wells Fargo HR and myself. My claims were closed as "Claims Unfounded'.

February 1st, Mr. Williams falsifies a writeup and states that I attacked a female by the name of Star Lee on the hallway, a female that I did not know. I called H.R and filed another complaint. I was advised they will investigate it.

The retaliation was now on full throttle. February 2018 comes around, and despite being subjected to this hostile work environment, I managed to maintain my consistency of being one of the Top Producers and not just in my office, in the entire department countrywide.

Mr. Williams gives me a 1% raise which is the minimum raise allowable. Raises are now based on your performance and range anywhere from 0% to 5%, This time, I wanted to know why I received a 1% raise. Mr. Changet response to me was It is what it is." I told him that is not going to work, and I need to know why I got a 1% raise and he had no response.

I called H.R and filed another complaint of retaliation, sexual harassment, harassment, hostile work environment and discrimination. My claims were yet again closed as "Claims unfounded." However, they kept the "Star Lee" case open.

This fraudulent write-up was going to take away my annual bonus and it also prevented me from posting out of this department to get away from these 2 men.

I had enough, finally in May of that year, they closed the case in favor of John Williams. I escalated the case and had it reopened. The new H.R closed it again in support of Mr. Williams and it was then that I decided to go to the Equal Employment Opportunity Commission (E.E.O.C).

Sometime in early November of 2018, Star Lee attacked a Senior manager, cornered her in her office and attacked her. She was fired and her mugshot posted all over the building. Star Lee was one of the women I the train that kept on walking up and down my aisle mean-mugging me. After this incident of her attacking a manager, it was my honest belief that Mr. Williams and Mr. Payne approached he in January to participate in this fraudulent writeup based off her violent aggressive character and she agreed to it.

John Williams was let go from his job shortly after and Mr. Payne's harassment towards me escalated. He is now stalking me everywhere I go, around the building, he is spreading false rumors about me to anyone that would listen to him, and I am ignoring it all.

I filed paperwork to work remotely I early 2019. I was approved on March but I had t be at work once a week. Mr. Payne made that one day a week a living nightmare for me. So, I requested to work remotely fulltime. T was approved and my last day at the office was May 4th 2019.

I could see Mr. Payne from where I sat, we had new management, and he was not in charge of the seating arrangement anymore. He couldn't see me from where he was sitting, he had to go out of his way and walk down my aisle to see me.

Due to the incident that happened in the parking lot in November 2016, I made a vow to never leave the building if I cannot physically see him sitting at his desk. I had also blocked him on the instant message communicator, so he was not able to see my comings and goings from the comfort of his desk, he had to physically come down my aisle to see if I am at my desk or not.

This specific day, at around 2;30pm, I am getting ready to leave the office, Mr. Payne is not at his desk. I decided to sit back and wait for him to come back before I can leave. I waited for 45 minutes he still had not returned His schedule is 8-5 so there is no reason why he is gone that long. I had a bad feeling about it, I was parked in the garage on this day, on the 3rd floor Its dark I there, I asked a co-worker Michael Grant to go get my vehicle from the garage. As I am walking outside to my vehicle after Mr. Grant text me and told me he pulled upfront, I saw Mr. Payne walking back into the building from the garage. It was my last day in that office, and he knew it and I firmly believe had I gone into tat garage, he was waiting for me in there to OFF me. That decision saved my life.

Mr. Payne always bragged about knowing half the Phoenix police department, I didn't care for that statement because I never get in trouble with the law. I thought he was just bragging. That statement will become very important in how the next years of my life transpired.

I started to be harassed at my house by a group of random men. I called the police to report the harassment and I was ignored. I went to court to file injunctions against harassment against these men, the Judge issued the injunctions, some of the police officers flat out refused to serve these injunctions.

The landscapers started to destroy my landscape, when I complained about it to HOA, I was ignored.

The harassment at my home from these me escalated, it was all day and all night, they drove Infront of my house at all hours of the night and started to rev their engines very loudly Infront of my house. That escalated to these men setting up equipment to vibrate my entire house while I was sleeping. They vibrated my house so hard, every night that they cracked the walls of the house.

I called Liberty Mutual to file a homeowners claim, the agent refused to come in the house to see these cracks and closed the claim as "settling of foundation". I had lived in my home since 2006, never had cracks on the walls until these men started harassing me and vibrating the entire house.

They then escalated to shooting taser shots at me as I slept, vibrated the entire house and now they were specifically targeting my bed. I moved from to room and they followed me to every room to vibrate my bed and shoot me with tasers only when I went to sleep. It was obvious they were using equipment to see through my house.

These vibrations and taser shots were coming from the house directly behind me; 6633 W Monroe Street, Phoenix, Az 85043. When I called the police to file a complaint, I was dismissed.

I decided to go into hiding where I stayed for 3 years, from 2019 until 2022. It was then that they started to hunt me down for murder.

They decided to use my job to that since I still worked at Wellsfargo. Dawn Russo = my manager at the time started to accept findings that were not valid on my files and calling me demanding access to my laptop. They wanted my IP Address. They had other co-workers asking me if I am at my house, co-workers that I was never close to. When that didn't work, Cindy Fisher (V.P) Dawn's manager calls me wanting to discuss a finding tat is obviously invalid. Verizon had now given them access to my phone records and they thought they could track my location via these phone calls. I had my location blocked before I answered their calls.

When that failed, they went back to wanting remote access to my laptop for frivolous reasons. I refused to give them access to my laptop advising them that will not be necessary because the reason they want to have a meeting with me is clearly stated on policy that the finding is invalid and there are no grey areas.

The people in my house were being harassed daily by these men, UPS, FedEx, USPS and Amazon would intentionally leave my packages on the neighbors' porch because they wanted the person inside my house to walk out to get it, to see if it's me. As soon as the package is drooped off at the neighbor's porch, a vehicle will pull up Infront of my house and the person will remain in the vehicle watching my door. I asked the person in my house to not leave until that vehicle drives off. This became the norm until they couldn't take the harassment anymore and had to move out and I would replace them.

ADT gave these people access to my cameras, someone at ADT attempted and successfully disarmed my alarm system remotely. Only an ADT Employee could have done that. The purpose of tat was to let the killers in my house undetected. I removed all remote access from my security system effective immediately. When I called ADT to report this, I was ignored. On several occasions, they attempted to disarm my alarm system and it would lodge in a code of "incorrect passcode entry". They then started to shut off all the cameras, when I called ADT, they will just discard my concerns.

In March 2020, Apple locked me out of both my phones and my iCloud. I had Apple services for 7 years at the time. Never had an issue. When I called Apple to get my passcode reset, they claimed they couldn't help me. This is the same iCloud email address that I used to send all my evidence to Wells Fargo. I then purchased an iPad to see if I can get access to my iCloud. The representative asked me to give her access to my iPad, something she did not need to do her job.

Wells Fargo had intercepted all my phone calls, my email accounts, and they were given access to all my call logs by Verizon wireless. As soon as I made a phone call, they were calling the same person as I am still on the line, asking them to tell them my location and on this instance, they had his apple representative request access to my laptop for the sole purpose of getting my IP address; the same thing the Wells Fargo managers were attempting to do.

When I called the Phoenix Police department Professional Standards Bureau to make a claim that the equipment these men are using to look through my house and the tasers they are using are equipment accessible to police officers, Sgt. Mellencamp closed my case and told me my claims are unfounded then he proceeded to ask me in every format if I am at my house. He too, wanted my location for not logic or valid reason. He already closed my case and told me he can't help me. Why Is he asking me about my location? For no other reason other than hunting me down for murder.

I told him I am not at my house.

I was recording all these phone calls and sending them to the E.E.O.C.

Finally, on June 29th 2022, I returned back to my house and filed another claim because my house had become unlivable.

I was hauled off to a mental hospital, Urgent Psychiatry Care and then on June 6th transferred to Valleywise. I was advised by a psychiatrist at UPC that the police officers wrote on their petition that I told them that I hear voices and see things which was a blatant lie. When I got to UPC, the psychiatrists built up on that lie and kept me there for 4 months giving me every mental diagnosis in the book. When I told them I had zero mental illness, and this is all fraud stemming from a case I had against Wells Fargo, I was called delusional.

These psychiatrists wrote on their evaluation that I have a long history of severe mental illness which is a blatant lie, and they took their lies to a courthouse, and I was sentenced to 6 months in a mental prison. I have consistently worked for the last 20 years, always had medical insurance, never had any severe mental illness in my lifetime but yet, these psychiatrists managed to get away with this lie.

July 19th 2022, 2 weeks after I was admitted into a mental hospital based off lies from Phoenix Police Officers, my home that I had lived in for 17 years was auctioned off despite the fact that there was no sale date, the attorneys had postponed the July 19th sale date and had never scheduled a new one. Once I was put in a mental hospital, they auctioned my house off and took everything I it. I didn't find this out until August 24th 2022 when I was petitioned again by Valleywise for "cheeking".

They stole everything out of my house, 4 laptops, 1 desktop, 4 cellphones 2 tablets, an iPad, and all the belongings in the home. They wanted the source of my evidence and that is why they orchestrated this fraudulent sale of my home. My home was worth $400,000.00, they sold it for the exact loan amount to make sure I get nothing.

I was discharged on October 13th 2022 to a shelter where I have been living since. I went to live in a sober living where I was advised my government insurance will pay my rent if I attend Intensive Outpatient Program (I.O.P), I advised D.E.H.P that I have never done any

drugs in my life, and they rejected my application. I called them back and told them their website states they have PTSD and Trauma which is what I am suffering from, not from my past life experiences but from this evil that has been inflicted upon my life by Wells Fargo. I was admitted into the program, I was there for 4 months in which I found work at a temp agency making minimum wage, upon my discharge, they put on my discharge paperwork that I was there due to a long history of abusing amphetamines and opioids.

These were all attempts to ruin my credibility for the sole purpose of these case against Wells Fargo.

.

I have been blackballed, nobody would hire me despite my stellar work history, I now have a ruling from courts stating I am "gravely disabled and severely mentally ill", I appealed that ruling and the appeal went nowhere.

These men have followed me to every shelter I have lived in, hiding around the house at night, to this day, waiting for me to go to bed and they start to vibrate my bed every night, I have several roommates that can testify to this, I will call them and ask them to hurry up to my bed and they will feel it vibrating. This is the same thing I was put in a mental hospital for107 days and called crazy. These men stalk me everywhere I go, they rev their engines very loudly around me to identify themselves, to let me know they are stalking me every day and everywhere I go.

I reported everything to the EEOC in real time, provided them with every evidence I gathered, and they did absolutely nothing to help me. I even asked them several times to put me in a witness protection program and that request was ignored. I finally told them that they are intentionally refusing to help me, sitting on my case for over 5 years, a week after that, they closed my case,

I was given 90 days to get all my evidence from their portal, any evidence I provided to them with call recordings between Wells Fargo HR and I, I am unable to upload, Any evidence that details my performance, I am unable to download. Some of the evidence that I provided to the has also been tampered with, and or completely deleted. They had

absolutely no intentions of helping me and now, they have tampered with the most important evidence to make certain that I do not get justice.

I have reached out to over 30 law firms and not one law firm will take my case and I can understand. It involves a lot of evil people with lots of money and the power to abuse.

This is the nightmare that has been inflicted on my life for the last 6 years simply because I decided to stand up for my human rights and refused to back down and I am hoping this court will be able to help me.

Thank You Kindly,

Josephine Ngaruiya.

**APRIL 5th 2024**

## **RELIEF REQUESTED**:

I have suffered and continue to suffer from severe trauma, and PTSD from the harassment and stalking being inflicted on me daily. The only reason I am alive today, is because I exposed these killers and largely mostly because of my stubborn faith in GOD.

- I am requesting punitive damages, intentional infliction of emotional and psycho-physical distress in the amount of 3 million Dollars as none of this would have been possible but for Wells Fargo. I have lived in Arizona for 23 years and never such vitriol and heinous acts committed against me until I filed charges of discrimination against Wells Fargo.

- I am requesting pain and suffering damages in the amount of $1 Million Dollars.

- I am requesting $400,000.00 for my house that was stolen from me and $200,000.00 for all my stolen personal properties and memorabilia that I will never get back as Wells Fargo was the orchestrator behind the illegal foreclosure of my home as they had every reason to want to steal an destroy the evidence I had against them in my home and it is no surprise tat the same evidence is now missing from the E.E.O.C portal days in advance before my deadline to obtain this evidence,

- I am requesting deformation of character damages in the amount of $250,000.00

- I am requesting lost wages from April 20th 2022 to current in the amount of my previous salary of $60,000 with 5% yearly increments in the amount of $189,000.00 as I was terminated without a justifiable cause.

- Wells Fargo stole $10,000 out of my 401k plan in February 2019, I am requesting this amount back with a 10% APR from that date of February 2019.

- Wells Fargo also refused to pay me my annual bonus for the year 2019 which was paid out in March 2020 and this bonus averaged around $7,000.00 a year plus a 10% APR.

- Thank You Kindly,

- Josephine Ngaruiya.



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/08/2024

**To:** Josephine Ngaruiya
6632 W Adams Street
PHOENIX, AZ 85043

Charge No: 540-2018-03912

EEOC Representative and email:     JEREMY YUBETA
Enforcement Manager
Jeremy.Yubeta@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 540-2018-03912.

On behalf of the Commission,

For, Rayford O. Irvin
Acting Phoenix District Director

**Cc:**
Kristina Brown
Wells Fargo Legal Department
100 W. Washington Street Mail Code S4101-142
Phoenix, AZ 85003

Christopher Jison
Wells Fargo Bank
90 S 7th St., 9th Floor
Minneapolis, MN 55402

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request

Enclosure with EEOC Notice of Closure and Rights (01/22)

identifying your request as a "FOIA Request" for Charge Number 540-2018-03912 to the District Director at Melinda Caraballo, 3300 North Central Avenue Suite 690

Phoenix, AZ 85012.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 540-2018-03912 to the District Director at Melinda Caraballo, 3300 North Central Avenue Suite 690

Phoenix, AZ 85012.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to
https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 540-2018-03912 |

| Arizona Attorney General's Office, Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Josephine Ngaruiya | (480) 620-7919 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 6632 W Adams Street,  PHOENIX, AZ 85043 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| WELLS FARGO BANK 07085 | 501+ | (877) 479-3557 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2850 S Price Road, Bldg. E, 4th Floor,  Chandler,  AZ 85286 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **07-07-2017**   Latest **03-01-2018**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by the above-named Respondent in or around February 3, 2013 as a Consumer Loan Underwriter. Upon information and belief, I have performed my duties at or above a satisfactory level.

In or around October of 2017, Taju Payne (Manager), approach me in the break room as I was putting away my food, stood behind me, and made obscene sexual gesture. In or around October through December of 2017, Taju Payne (Manager), stalked me as I arrived to work or waited until I left work or waited inside of his strategically placed car so he could leer at me. In or around, March of 2018, I complained to Michael Changet (Manager) in regard to the previously mentioned harassment. Upon information and belief, nothing was done in regard to my complaint and as a result the sexual harassment has continued to this date.

In or around November of 2017, during a potluck meal, John Williams (Manager), told individuals that were helping with clean-up that ' all the leftovers should go to Josephine Ngaruiya because she is the one that's from Africa'.

In or around October of 2017, I filed a charge of discrimination and retaliation against John Williams (Manager), with the internal HR Department. My case against John Williams was assigned to Susan Chegia (HR). On or about January 4, 2018, human resources

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Digitally signed by Josephine Ngaruiya on 08-01-2018 05:14 PM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 540-2018-03912 |

| Arizona Attorney General's Office, Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

closed my case against John Williams (Manager). On or about January 15, 2018, I escalated the case to Tanita Toliver ( SR Employee Relations Manager II), as a result no further action was taken. At that point I escalated the case to Tonya Henderson ( SR Employee Relations Manager III), as of May 31, 2018, I have yet to hear from anyone that is involved in this case.Upon information and belief, on or about January 31, 2018, John Williams (Manager), wrote me up in retaliation for filing a claim of discrimination and retaliation against him. I immediately contacted HR and filed a case of continuing retaliation against John Williams (Manager).The case was assigned to Marla Birmingham (HR).

In or around March of 2018, John Williams (Manager), as part of his continuing retaliation, gave me a minimal 1% raise despite me being one of the department's top producers in 2017. Upon information and belief, similarly-situated comparators who have not participated in 'protected activity' against John Williams (Manager), were given higher raises but were low producers.

On or about May 30, 2018, I was contacted by Marla and told that the case was closed and the write-up will remain. As a result, I was harmed financially because the write-up disqualifies my eligibility for my $7000.00 annual bonus and prevents me from posting out of my current department as well.

I believe that I have been discriminated against because of my National Origin (Africa), in violation of Title VII of the Civil Rights Act of 1964 as amended. I believe that I have been discriminated against because of my sex (female) in violation of Title VII of the Civil Rights Act of 1964 as amended. I believe that I have been retaliated against for participating in 'protected activity' in violation of Title VII of the Civil Rights Act of 1964 as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Josephine Ngaruiya on 08-01-2018 05:14 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.    FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2.    AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.    PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.    ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.    WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Phoenix District Office

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Phoenix Status Line: (602) 661-0002
FAX (602) 640-5071
Website: www.eeoc.gov

**Sent Via EEOC Online Portal**

January 8, 2024

Josephine Ngaruiya
6632 W Adams Street
Phonix, AZ 85043

Re:    Josephine Ngaruiya v. Wells Fargo Bank 07085
       EEOC Charge No.: 540-2018-03912

Dear Josephine Ngaruiya,

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found. After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

The EEOC has terminated its investigation into your allegations. We fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence and the laws we enforce. While you may disagree with our decision, the dismissal is final.

The Dismissal and Notice and Rights will explain your right to pursue the matter in court. If you want to pursue your charge, you may do so on your own by filing in Federal District Court within 90-days of receiving the Notice of Right to Sue. If you do not file a lawsuit in the within the required 90-day period, your right to sue in the matter will expire and cannot be restored by the EEOC.

Sincerely,

Veronica Pacheco
Federal Investigator